# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| THRASIO HOLDINGS, INC., *et al.* | § | Case No. 24-11840 (CMG) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |

### SCHEDULES OF ASSETS AND LIABILITIES FOR
### Thrasio Intermediate Sub, LLC
### (CASE NO. 24-11909)

# Schedule A/B: Assets - Real and Personal Property

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| General Description | Type of Account (if applicable) | Last 4 digits of account # (if applicable) | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts (Identify all)**

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1.**
   Add lines 2 through 4. Copy the total to line 80.

# Schedule A/B: Assets - Real and Personal Property

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---------------------|-----------------------------------|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

# Schedule A/B: Assets - Real and Personal Property

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

| General Description | Face or requested amount | Doubtful or uncollectable | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11.1  C. ALL ACCOUNTS RECEIVABLE:               -                     =

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

# Schedule A/B: Assets - Real and Personal Property

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**
    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

| General Description | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------|-------------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:

| 15.1 | SEE ATTACHED EXHIBIT SCHEDULE A/B PART 4 QUESTION 15 – ORGANIZATIONAL CHART [1] | N/A | UNDETERMINED |
|------|-------------------------------------------------------------------------------|-----|--------------|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**
    Add lines 14 through 16. Copy the total to line 83.

|  | **UNDETERMINED** |
|--|------------------|

# Schedule A/B: Assets - Real and Personal Property

| Part 4: | Investments |
| --- | --- |

---

**Footnotes  - Schedule AB Part 4**

1.  All subsidiaries are wholly owned unless otherwise noted

# EXHIBIT - Schedule A/B Part 4 Question 15 - Thrasio Org Chart

Thrasio Holdings, Inc. USA Delaware
Thrasio Ventures, Inc. USA Delaware
Thrasio International Holdings, Inc. USA Delaware
Thrasio Intermediate Sub, LLC USA Delaware
Domain Acquisitions 2 Ltd. Saint Kitts and Nevis Nevis
Thrasio Ventures N1, LLC USA Delaware
Thrasio Ventures Q1, LLC USA Delaware
Thrasio, LLC USA Delaware
Thrasio Services, LLC USA Delaware
IStack Parent Holdings Cayman Islands Cayman
Thrasio Australia Holdings Pty Ltd Australia New South Wales
Thrasio godo kaisha (Thrasio GK) Japan
Thrasio Holdings Hong Kong, Ltd. Hong Kong
JSCC Asset 001 Japan
Damaze Pty Ltd. (Checkered Chef) Australia New South Wales
The NutriLock Company Pty Ltd Australia Sydney
Thrasio Australia Import Pty Ltd Australia New South Wales
Thrasio Global Cross-border E-Commerce (Shenzhen) Co. Ltd. China Shenzen
Thrasio Supply Chain (Suzhou) Co. Ltd. China Suzhou
Thrasio E-Commerce (Shanghai) Co., Ltd. China Shanghai
1 Thrasio One, Inc. USA Delaware
2 B Bountiful, Inc. USA Delaware
Andromache, Inc. USA Delaware
Angor-Pet Thrasio Two, Inc. USA Delaware
Antiope, Corp. USA Delaware
Cafe Casa, Inc. USA Delaware
Califia Company USA Delaware
Charope, Inc. USA Delaware
Eurypyle, Inc. USA Delaware
HIC-Cork Thrasio One Inc. USA Delaware
Marpesia, Co. USA Delaware
Melanippe, Inc. USA Delaware
Orythia, Inc. USA Delaware
Pantariste, Inc. USA Delaware
Penthe Company USA Delaware
Prothoe Limited United Kingdom England & Wales
Thrasio Deutschland Holdings Gmbh Germany
Thrasio Deutschland Services Gmbh Germany
Bonstato GmbH Germany
Toxaris Limited United Kingdom England & Wales
Thrasio Bermuda Holdings Limited Bermuda
Thrasio Malta Holdings Co. Limited Malta Valletta
Thrasio International Co. Limited Malta Valletta
Hippolyte, Ltd USA Delaware
Thrasio India Holdings, Inc. USA Delaware
Thrasio LL Acquisitions, Inc. USA Delaware
25%
Lifelong Online Private Limited India
Thrasio UK Holdings, Ltd United Kingdom England & Wales
10 Thrasio Ten, Inc. USA Delaware
11 Thrasio Eleven, Inc. USA Delaware
12 Thrasio Twelve, Inc. USA Delaware
14 Thrasio Fourteen, Inc. USA Delaware
15 Thrasio Fifteen, Inc. USA Delaware
16 Thrasio Sixteen, Inc. USA Delaware
17 Thrasio Seventeen, Inc. USA Delaware
18 Thrasio Eighteen, Inc. USA Delaware
19 Thrasio Nineteen, Inc. USA Delaware
20 Thrasio Twenty, Inc. USA Delaware
21 Thrasio Twenty One, Inc. USA Delaware
22 Thrasio Twenty Two, Inc. USA Delaware
23 Thrasio Twenty Three, Inc. USA Delaware
24 Thrasio Twenty Four, Inc. USA Delaware
25 Thrasio Twenty Five, Inc. USA Delaware
3 Thrasio Three, Inc. USA Delaware
5 Thrasio Five, Inc. USA Delaware
6 Thrasio Six, Inc. USA Delaware
7 Thrasio Seven, Inc. USA Delaware
8 Thrasio Eight, Inc. USA Delaware
9 Thrasio Nine, Inc. USA Delaware
Acorn Creations, Inc. USA Delaware
Alloy Ideas, Inc. USA Delaware
Amber Ideas, Inc. USA Delaware
Amber Oasis, Inc. USA Delaware
Apple Affirmations, Inc. USA Delaware
Apricot Ideas, Inc. USA Delaware
Ash Developments, LLC USA Delaware
Assassin Bug Industries, Inc. USA Delaware
Autumn Ideas, Inc. USA Delaware
Autumn Waves, Inc. USA Delaware
Banana Beginnings, Inc. USA Delaware
Basketball Beginning, Inc. USA Delaware
Biscotti Solutions, Inc. USA Delaware
Bittersweet Billows, Inc. USA Delaware
Bonfire Solutions, Inc. USA Delaware
Bronze Projects, Inc. USA Delaware
Burning Neon, Inc. USA Delaware
Burnt Summer Citrus, Inc. USA Delaware
Buttercup Creations, Inc. USA Delaware
Butterscotch Beginnings, Inc. USA Delaware
California Poppy Projects, Inc. USA Delaware
Candlelit Creations, Inc. USA Delaware
Cantaloupe Creations Company USA Delaware
Caramel Creations, Inc. USA Delaware
Carnation Creations, Inc. USA Delaware
Carotene Consortium, Inc. USA Delaware
Carrot Solutions, Inc. USA Delaware
Cayenne Solutions, Inc. USA Delaware
Champagne Projects, Inc. USA Delaware
Cheddar Creations, Inc. USA Delaware
Chestnut Creations, Inc. USA Delaware
Chili Clove, Inc. USA Delaware
Chili Flakes, Inc. USA Delaware
Chrysanthemum Creations, Inc. USA Delaware
Cider Creations, Inc. USA Delaware
Cinnabar Creations, Inc. USA Delaware
Citrine Solutions, Inc. USA Delaware
Classy Mango, Inc. USA Delaware
Classy Tangerine, Inc. USA Delaware
Clementine Creations, Inc. USA Delaware
Clownfish Creations, Inc. USA Delaware
Comet Creations, Inc. USA Delaware
Copperhead Conspiracies, Inc. USA Delaware
Coral Chrome, Inc. USA Delaware
Corn Snake Surprises, Inc. USA Delaware
Crawfish Creations, Inc. USA Delaware
Daffodil Design, Inc. USA Delaware
Dahlia Dreams, Inc. USA Delaware
Dark Honey Design, Inc. USA Delaware
Dark Orange Design, Inc. USA Delaware
Daybreak Developments, Inc. USA Delaware
Daylily Dreams, Inc. USA Delaware
Discus Dreams, Inc. USA Delaware
DMD Group Inc USA New Jersey
eCom Heights LLC USA Delaware
Emberglow Ideas, Inc. USA Delaware
Faint Orange Horizon, Inc. USA Delaware
Fall Foundations, Inc. USA Delaware
Fawn Foundations, Inc. USA Delaware
Foxy Creations, Inc. USA Delaware
Frosty Dream, Inc. USA Delaware
Fyer Tropics, Inc. USA Delaware
Ginger Cat Creations, Inc. USA Delaware
Ginger Creations, Inc. USA Delaware
Gingersnap Solutions, Inc. USA Delaware
Golden Gate Solutions, Inc. USA Delaware
Golden Kiwifruit Enterprises, Inc. USA Delaware
Goldfish Memories, Inc. USA Delaware
Habanero Pepper Projects, Inc. USA Delaware
Harley Orange, Inc. USA Delaware
Harvest Charm, Inc. USA Delaware
Honey Sunset, Inc. USA Delaware
Ideal Monarch, Inc. USA Delaware
Influencer Ideas, Inc. USA Delaware
Ivory Ideas, Inc. USA Delaware
Jasper Gesture, Inc. USA Delaware
Jupiter Gesture, Inc. USA Delaware
Ideastream Consumer Products, LLC USA Delaware
Orange Fantasy, Inc. USA Delaware
Sandcastle Days, Inc. USA Delaware
Khaki Trips, Inc. USA Delaware
KingFisher Creations Inc. USA Delaware
Koi Creations, Inc. USA Delaware
Lace Decisions, Inc. USA Delaware
Laranja Logistics, Inc. USA Delaware
Latte Logistics, Inc. USA Delaware
Leather Logistics, Inc. USA Delaware
Lemon Logistics, Inc. USA Delaware
Lemur Logistics, Inc. USA Delaware
Levita Holdings, LLC USA Massachusetts
Lionfish Logistics, Inc. USA Delaware
Lobster Logistics, Inc. USA Delaware
Magenta Peel Solutions, Inc. USA Delaware
Mahogany Movements Inc. USA Delaware
Malt Decisions, Inc. USA Delaware
Mango Movements, Inc. USA Delaware
Mango Wonder, Inc. USA Delaware
Maple Movements, Inc. USA Delaware
Marigold Creations, Inc. USA Delaware
Marmalade Mansions, Inc. USA Delaware
Marmalade Movements, Inc. USA Delaware
Mars Makers, Inc. USA Delaware
Mauve Monkey, Inc. USA Delaware
Melon Movements, Inc. USA Delaware
Meteor Movements, Inc. USA Delaware
Mimosa Movements, Inc. USA Delaware
Ochre Organization, Inc. USA Delaware
Old Rust Organization, Inc. USA Delaware
Orange Crush Organization, Inc. USA Delaware
Orange Hope, Inc. USA Delaware
Orange Margarita, Inc. USA Delaware
Orange Organization, Inc. USA Delaware
Orange Peach Projects, Inc. USA Delaware
Orange Peel Projects, Inc. USA Delaware
Orange Umbrella Creations, Inc. USA Delaware
Orangutan Organization, Inc. USA Delaware
Oranssi Organization, Inc. USA Delaware
Oyster Oasis, Inc. USA Delaware
Pantone Projects, Inc. USA Delaware
Papaya Projects, Inc. USA Delaware
Parchment Principles, Inc. USA Delaware
Peach Projects, Inc. USA Delaware
Peanut Projects, Inc. USA Delaware
Penny Rose Solutions, Inc. USA Delaware
Pennycopper Trading, Inc. USA Delaware
Persian Projects, Inc. USA Delaware
Persimmon Projects, Inc. USA Delaware
Pizza Projects, Inc. USA Delaware
Poppy Projects, Inc. USA Delaware
Portocale Projects, Inc. USA Delaware
Primrose Projects, Inc. USA Delaware
Radiant Orange, Inc. USA Delaware
Rose Bud Creations, Inc. USA Delaware
Rosewood Wish, Inc. USA Delaware
SafeRest Holdings, LLC USA Florida
Salmon Solutions, Inc. USA Delaware
Sandpaper Solutions, Inc. USA Delaware
Sandsnake Ventures, Inc. USA Delaware
Sandstorm Solutions, Inc. USA Delaware
Sapphire Monkey, Inc. USA Delaware
Scarlet Solutions, Inc. USA Delaware
Scotch Solutions, Inc. USA Delaware
Seashell Solutions, Inc. USA Delaware
Sherbert Solutions, Inc. USA Delaware
Shortbread Solutions, Inc. USA Delaware
Siberian Tiger Solutions, Inc. USA Delaware
Sockeye Strategies, Inc. USA Delaware
Soft Spice, Inc. USA Delaware
Spicy Solutions, Inc. USA Delaware
Starfish Solutions, Inc. USA Delaware
Strawflower Solutions, Inc. USA Delaware
Sundaze Blaze Solutions, Inc. USA Delaware
Sunflare Solutions, Inc. USA Delaware
Sunflower Saturnalia, Inc. USA Delaware
Sunkiss Solutions, Inc. USA Delaware
Sunny Operations, Inc. USA Delaware
Sunrise Martinis, Inc. USA Delaware
Sunrise Season, Inc. USA Delaware
Sweet Nectar Enterprises, Inc. USA Delaware
Sweet Potato Solutions, Inc. USA Delaware
Tangelo Tendencies, Inc. USA Delaware
Tangerine Ideas, Inc. USA Delaware
Tawny Tasks, Inc. USA Delaware
Tea Rose Risings, Inc. USA Delaware
Teal Monkey, Inc. USA Delaware
Tiger Affirmations, Inc. USA Delaware
Tiger Stripe Creations, Inc. USA Delaware
Tomato Tasks, Inc. USA Delaware
Topaz Traditions, Inc. USA Delaware
Tortilla Tasks, Inc. USA Delaware
Traffic Cone Tuesdays, Inc. USA Delaware
Turmeric Transitions, Inc. USA Delaware
Wallaby42 Pty Ltd Australia New South Wales
Warm Red Wonders, Inc. USA Delaware
Zabba, Inc. USA Delaware
Thrasio Malta Holdings Co. Limited Malta Valletta
Thrasio International Co. Limited Malta Valletta
AirOrb Ltd United Kingdom England & Wales
Attain Recruitment Ltd United Kingdom England & Wales
Bartstr Ltd United Kingdom England & Wales
Beast Gear Limited United Kingdom Scotland
Bellezo.com Ltd United Kingdom England & Wales
Chipshot Ltd United Kingdom England & Wales
Dots for Spots Ltd United Kingdom England & Wales
E & I Trading Ltd United Kingdom England & Wales
E&L Enterprises Limited United Kingdom England & Wales
Green Cricket Ltd United Kingdom England & Wales
Jiminy Ltd United Kingdom England & Wales
Joss Solutions 2016 Limited United Kingdom England & Wales
Kitchen Tools Ltd United Kingdom England & Wales
Modetro Retail Limited United Kingdom England & Wales
Pearoller Ltd United Kingdom England & Wales
Pro Grade Products Ltd United Kingdom England & Wales
Pure Chimp Ltd United Kingdom England & Wales
Rissav Limited United Kingdom England & Wales
Sandy Leaf Farm, Ltd. United Kingdom England & Wales
Sasana Group Limited United Kingdom England & Wales
Scouse Ltd United Kingdom England & Wales
Truverge International Ltd United Kingdom England & Wales
William Evans Retail Ltd United Kingdom England & Wales

Note:All subsidiaries are wholly owned unless otherwise noted



# Schedule A/B: Assets - Real and Personal Property

| Part 5: | Inventory, excluding agriculture assets - detail |
|---------|---------------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other Inventory or supplies**

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No.
    - ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No.
    - ☐ Yes.

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No.
    - ☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

29. **Farm animals**

30. **Farm machinery and equipment**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 84.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 7: | Office furniture, fixtures, and equipment; and collectibles - detail |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles**

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 84.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☐ Yes.

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 84.

51. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.
☐ Yes.

52. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 9: | Real property - detail |
|---------|------------------------|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56. **Total of Part 9.**

Add the current value on all Question 55 lines and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.
☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 10: | Intangibles and intellectual property - detail |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1   DIRECT TO CUSTOMERS (DTC) CUSTOMER LIST | | N/A | UNDETERMINED |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
|---|

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No.
☑ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No.
☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form? Include all interests in executory contracts and unexpired leases not previously reported on this form.**

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

| General Description | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

72. **Tax refunds and unused net operating losses (NOLs)**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed Examples: Season tickets, country club membership**

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

# Schedule A/B: Assets - Real and Personal Property

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property | Total of all property |
|---|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $0 | | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $0 | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0 | | |
| 83. Investments. Copy line 17, Part 4. | $0 | | |
| 84. Inventory. Copy line 23, Part 5. | $0 | | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0 | | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $0 | | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0 | | |
| 88. Real property. Copy line 56, Part 9. | | $0 | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | UNDETERMINED | | |
| 90. All other assets. Copy line 78, Part 11. | $0 | | |
| 91. Total. Add lines 80 through 90 for each column. | $0 | $0 | |

92. **Total of all property on Schedule A/B. Lines 91a + 91b = 92.**                    **$0 + UNDETERMINED**

# Schedule D: Creditors Who Have Claims Secured by Property

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

| Creditor's Name and Mailing Address, E-mail Address & An Account Number | Co-Interest | Insider | Co-Debtor | Date Claim was Incurred, Property Description, Lien & Co-Interest Creditor | C - U - D | Amount of Claim | Value of Collateral |
|---|---|---|---|---|---|---|---|

2. **List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.**

### Secured Debt

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2.1 ROYAL BANK OF CANADA AS ADMINISTRATIVE AGENT, 200 BAY STREET, TORONTO, ON M5J 2J5, CANADA | ☐ | ☐ | ☑ | DATE: 12/28/2020<br>-<br>LIEN DESCRIPTION: TERM LOAN FACILITY | ☑ ☑ ☐ | $786,450,969 | UNDETERMINED |
| 2.2 ROYAL BANK OF CANADA AS ADMINISTRATIVE AGENT, 200 BAY STREET, TORONTO, ON M5J 2J5, CANADA | ☐ | ☐ | ☑ | DATE: 12/28/2020<br><br>LIEN DESCRIPTION: REVOLVING CREDIT FACILITY | ☑ ☑ ☐ | $66,248,852 | UNDETERMINED |
| | | | | **Secured Debt Total:** | | **$852,699,821** | **UNDETERMINED** |

### UCC Lien

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2.3 ROYAL BANK OF CANADA, AS ADMINISTRATIVE AGENT | ☐ | ☐ | ☐ | DATE: 12/18/2020<br>-<br>LIEN DESCRIPTION: FILE NO. 20208979561 | ☑ ☑ ☐ | UNDETERMINED | UNDETERMINED |
| | | | | **UCC Lien Total:** | | **UNDETERMINED** | **UNDETERMINED** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$852,699,821 + UNDETERMINED**

# Schedule D: Creditors Who Have Claims Secured by Property

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

| Name and Mailing Address | Part 1 Line on which the Related Creditor was Listed | Last 4 Digits of Account Number for this Entity |
|--------------------------|------------------------------------------------------|------------------------------------------------|

4. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors**

Case 24-11009-CMC   Doc 5   Filed 04/01/24   Entered 04/01/24 22:07:12   Desc Main
Document   Page 18 of 25

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Offset | Total Claim | Priority Amount |
|---|---|---|---|---|---|

2. **List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.**

2. **Total: All Creditors with PRIORITY Unsecured Claims**

Thrasio Intermediate Sub, LLC

Case Number: 24-11909

# Schedule E/F: Creditors Who Have Unsecured Claims

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C - U - D | Basis for Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

3. **Total: All Creditors with NONPRIORITY Unsecured Claims**

Case 24-11909-CMG   Doc 5   Filed 04/01/24   Entered 04/01/24 22:07:12   Desc Main
Document   Page 20 of 25

## Schedule E/F: Creditors Who Have Unsecured Claims

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

| Creditor's Name, Mailing Address Including Zip Code | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number for this entity |
| --- | --- | --- |

3. **List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

5. **a. Total claims from Part 1**                                    $0

5. **b. Total claims from Part 2**                                    $0

5. **c. Total of Parts 1 and 2**                                      $0
   Lines 5a + 5b = 5c.

Case 24-11909-CMG    Doc 5    Filed 04/01/24    Entered 04/01/24 22:07:12    Desc Main
Document      Page 22 of 25

# Schedule G: Executory Contracts and Unexpired Leases

**Part 1:**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| Nature of the Debtor's Interest | Expiration Date | Contract ID | Co-Debtor | Name | Address |
|---|---|---|---|---|---|
| | | | | | |

2. **List all contracts and unexpired leases**

**Total number of contracts** — 0

# Schedule H: Codebtors

**Part 1:**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

| Codebtor Name and Mailing Address | Creditor Name | D - E/F - G |
|---|---|---|
|  |  |  |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| **Total Number of Co-Debtor / Creditor Rows** | **0** |
|---|---|

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name: | Thrasio Intermediate Sub, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case Number (if known): | 24-11909 |

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

1. **Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)**

   1. **a. Real Property:**
      Copy line 88 from Schedule A/B | **$0**

   1. **b. Total personal property:**
      Copy line 91A from Schedule A/B | **$0**

   1. **c. Total of all property:**
      Copy line 92 from Schedule A/B | **$0**

2. **Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)**
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D | **$852,699,821**

3. **Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)**

   3. **a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F | **$0**

   3. **b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F | **$0**

4. **Total liabilities**
   Lines 2 + 3a + 3b | **$852,699,821**

Fill in this information to identify the case and this filing:

Debtor Name: Thrasio Intermediate Sub, LLC

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case Number (if known): 24-11909

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**Warning -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

[X] Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

[X] Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

[X] Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

[X] Schedule G:  Executory Contracts and Unexpired Leases (Official Form 206G)

[X] Schedule H: Codebtors (Official Form (206H)

[X] Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

[ ] Amended Schedule _____

[ ] Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** _____April 1, 2024_____     **Signature:** _/s/ Josh Burke_____

Josh Burke, Chief Financial Officer
**Name and Title**