# UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| | § | |
| THRASIO HOLDINGS, INC., *et al.* | § | Case No. 24-11840 (CMG) |
| | § | |
| Debtors | § | (Jointly Administered) |
| | § | |
| | § | |

## STATEMENT OF FINANCIAL AFFAIRS FOR
## Thrasio Intermediate Sub, LLC
## (CASE NO. 24-11909)

| Part 1: | Income |
|---------|--------|

**1. Gross Revenue from business**

  ☑ None

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|

**None**

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|
| None | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers — including expense reimbursements — to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|-----------------------------|-------|-----------------------|--------------------------------|
| 3.1   NONE | | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reasons for Payment |
|---|---|---|---|
| 4.1  NONE | | | |

Thrasio Intermediate Sub-1 LLC    Case 24-11909-CMG    Doc 5-1    Filed 04/01/24    Entered 04/01/24 22:07:53    Desc    Case Number:   24-11909

Statement of Financial Affairs    Page 6 of 45

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1   NONE | | | |
| | | **TOTAL** | $0 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account number | Amount |
|---|---|---|---|---|
| 6.1   NONE | | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
|---|---|---|---|
| 7.1   NONE | | | |

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of property | Value |
|------------------------------|------------------------|-----------------------|------|-------------------------|-------|
| 8.1  NONE | | | | | |

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's Name and Address | Recipient's Relation to Debtor | Description of the Gifts and Contributions | Dates Given | Value |
| --- | --- | --- | --- | --- |
| 9.1  NONE | | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the lost occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property).* | | |

10.1  NONE

TOTAL $0

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor | If not Money, Describe any Property Transfered | Dates | Value |
|----------------------------------------------------|-----------------|-------------------------------------|-----------------------------------------------|-------|-------|
| 11.1    NONE | | | | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ None

| Name of trust or Device | Trustee | Describe any Property Transfered | Dates Transfers were Made | Total Amount / Value |
|-------------------------|---------|----------------------------------|---------------------------|----------------------|
| 12.1  NONE | | | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| 13.1  NONE | | | |

**Part 7:**    Previous Locations

**14. Previous Addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ None

| Address | Dates of Occupancy |
|---|---|
| 14.1  NONE | |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ None

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider. | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------|----------------------|
| 15.1   NONE | | | | |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No

☑ Yes. State the nature of the information collected and retained.

Lists of contact information for DTC customers, including emails, phone numbers and information on rewards and subscription apps

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**Part 9:**   **Personally Identifiable Information**

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.
　　☐ Yes. Fill in below:

　　　　Describe: _____       EIN: _____

　　　　Has the plan been terminated?
　　　　☐ No.
　　　　☐ Yes.

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution Name and Address | Last 4 Digits of Acct Number | Type of Account | Date of Closing | Last Balance |
|---|---|---|---|---|
| 18.1   NONE | | | | |

Thrasio Intermediate, LLC    Case 24-11909-CMG    Doc 5-1    Filed 04/01/24    Entered 04/01/24 22:07:13   Case Number   Desc     **24-11909**

Statement of Financial Affairs    Page 20 of 45

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|
| 19.1   NONE | | | |

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|---|
| 20.1   NONE | | | | |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| 21.1  NONE | | | |

Thrasio Intermediate, LLC, et al. Case 24-11909-CMG    Doc 5-1    Filed 04/01/24    Entered 04/01/24 22:07:19    Case Number Desc

Statement of Financial Affairs    Page 23 of 45

24-11909

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

■  Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ None

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|
| 22.1  NONE | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

■  Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☑ None

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23.1   NONE | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

■ Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ None

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 24.1   NONE | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number (Do not include SSN or ITIN) | Dates Business Existed |
|---|---|---|---|
| 25.1  SEE ATTACHED EXHIBIT - SOFA PART 13A QUESTION 25 - THRASIO ORGANIZATIONAL CHANGE 2018 - 2024 | | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of Service |
|---|---|
| 26a.1 BRIAN COOPER<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081, UNITED STATES | 02/28/2022 - 03/21/2023 |
| 26a.2 JOSH BURKE<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081, UNITED STATES | 03/06/2023 - Present |
| 26a.3 STEVE NEE<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081, UNITED STATES | 03/30/2022 - Present |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**26. Books, records, and financial statements**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of Service |
|------------------|------------------|
| 26b.1  PRICEWATERHOUSECOOPERS LLP<br>4040 W. BOY SCOUT BLVD. TAMPA, FL 33607, UNITED STATES | 02/28/2022  -  Present |

Thrasio Intermediate Sub LLC  Case 24-11909-CMG    Doc 5-1    Filed 04/01/24    Entered 04/01/24 22:07:52    Case Number    Desc    24-11909

Statement of Financial Affairs    Page 29 of 45

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**26. Books, records, and financial statements**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1  JOSH BURKE<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081, UNITED STATES | |
| 26c.2  STEVE NEE<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081, UNITED STATES | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**26. Books, records, and financial statements**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and Address |
|---|
| 26d.1   REFER TO GLOBAL NOTES |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ None

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27.1  NONE | | | | |

## Exhibit - SOFA Part 13A Question 25 - Thrasio Organizational Change 2018 - 2024

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | 1 Thrasio One, Inc. | Corporation | Delaware | United States | 11/29/2018 | -- | Active |
| Debtor | 10 Thrasio Ten, Inc. | Corporation | Delaware | United States | 03/19/2019 | -- | Active |
| Debtor | 11 Thrasio Eleven, Inc. | Corporation | Delaware | United States | 03/19/2019 | -- | Active |
| Debtor | 12 Thrasio Twelve, Inc. | Corporation | Delaware | United States | 05/02/2019 | -- | Active |
| Debtor | 14 Thrasio Fourteen, Inc. | Corporation | Delaware | United States | 05/02/2019 | -- | Active |
| Debtor | 15 Thrasio Fifteen, Inc. | Corporation | Delaware | United States | 07/01/2019 | -- | Active |
| Debtor | 16 Thrasio Sixteen, Inc. | Corporation | Delaware | United States | 07/02/2019 | -- | Active |
| Debtor | 17 Thrasio Seventeen, Inc. | Corporation | Delaware | United States | 07/12/2019 | -- | Active |
| Debtor | 18 Thrasio Eighteen, Inc. | Corporation | Delaware | United States | 07/18/2019 | -- | Active |
| Debtor | 19 Thrasio Nineteen, Inc. | Corporation | Delaware | United States | 07/18/2019 | -- | Active |
| Debtor | 2 B Bountiful, Inc. | Corporation | Delaware | United States | 11/30/2018 | -- | Active |
| Debtor | 20 Thrasio Twenty, Inc. | Corporation | Delaware | United States | 07/18/2019 | -- | Active |
| Debtor | 21 Thrasio Twenty One, Inc. | Corporation | Delaware | United States | 07/22/2019 | -- | Active |
| Debtor | 22 Thrasio Twenty Two, Inc. | Corporation | Delaware | United States | 08/08/2019 | -- | Active |
| Debtor | 23 Thrasio Twenty Three, Inc. | Corporation | Delaware | United States | 09/17/2019 | -- | Active |
| Debtor | 24 Thrasio Twenty Four, Inc. | Corporation | Delaware | United States | 09/18/2019 | -- | Active |
| Debtor | 25 Thrasio Twenty Five, Inc. | Corporation | Delaware | United States | 09/20/2019 | -- | Active |
| Debtor | 3 Thrasio Three, Inc. | Corporation | Delaware | United States | 12/18/2018 | -- | Active |
| Non-Debtor | 4 Thrasio Four, Inc. | Corporation | Delaware | United States | 12/27/2018 | 02/27/2020 | Inactive |
| Debtor | 5 Thrasio Five, Inc. | Corporation | Delaware | United States | 01/22/2019 | -- | Active |
| Debtor | 6 Thrasio Six, Inc. | Corporation | Delaware | United States | 02/19/2019 | -- | Active |
| Debtor | 7 Thrasio Seven, Inc. | Corporation | Delaware | United States | 03/05/2019 | -- | Active |
| Debtor | 8 Thrasio Eight, Inc. | Corporation | Delaware | United States | 03/07/2019 | -- | Active |
| Debtor | 9 Thrasio Nine, Inc. | Corporation | Delaware | United States | 03/07/2019 | -- | Active |
| Debtor | Acorn Creations, Inc. | Corporation | Delaware | United States | 11/03/2021 | -- | Active |
| Debtor | AirOrb Ltd | Private Limited Company | England & Wales | United Kingdom | 11/21/2019 | -- | Active |
| Debtor | Alloy Ideas, Inc. | Corporation | Delaware | United States | 12/03/2020 | -- | Active |
| Debtor | Amber Ideas, Inc. | Corporation | Delaware | United States | 11/18/2019 | -- | Active |
| Debtor | Amber Oasis, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Debtor | Andromache, Inc. | Corporation | Delaware | United States | 01/31/2019 | -- | Active |
| Debtor | Angor-Pet Thrasio Two, Inc. | Corporation | Delaware | United States | 11/21/2018 | -- | Active |
| Debtor | Antiope, Corp. | Corporation | Delaware | United States | 02/05/2019 | -- | Active |
| Debtor | Apple Affirmations, Inc. | Corporation | Delaware | United States | 10/01/2021 | -- | Active |
| Debtor | Apricot Ideas, Inc. | Corporation | Delaware | United States | 11/25/2019 | -- | Active |
| Non-Debtor | Ash Developments, Inc. | Corporation | Delaware | United States | 12/22/2021 | Converted to Ash Developments, LLC on 02/02/2023 | Inactive |
| Debtor | Ash Developments, LLC | Limited Liability Company | Delaware | United States | Converted from Ash Developments, Inc. on | -- | Active |
| Debtor | Assassin Bug Industries, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Debtor | Attain Recruitment Ltd | Private Limited Company | England & Wales | United Kingdom | 12/15/2020 | -- | Active |
| Debtor | Autumn Ideas, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Debtor | Autumn Waves, Inc. | Corporation | Delaware | United States | 09/08/2021 | -- | Active |
| Non-Debtor | Banana Beginnings, Inc. | Corporation | Delaware | United States | 10/12/2021 | -- | Active |
| Debtor | Bartstr Ltd | Private Limited Company | England & Wales | United Kingdom | 08/09/2021 | -- | Active |
| Debtor | Basketball Beginning, Inc. | Corporation | Delaware | United States | 11/03/2021 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Beast Gear Limited | Private Limited Company | Scotland | United Kingdom | 12/15/2020 | -- | Active |
| Non-Debtor | Beige Foundations, Inc. | Corporation | Delaware | United States | 11/29/2021 | 01/17/2023 | Inactive |
| Debtor | Bellezo.com Ltd | Private Limited Company | England & Wales | United Kingdom | 12/16/2020 | -- | Active |
| Debtor | Biscotti Solutions, Inc. | Corporation | Delaware | United States | 11/03/2021 | -- | Active |
| Debtor | Bittersweet Billows, Inc. | Corporation | Delaware | United States | 12/14/2020 | -- | Active |
| Non-Debtor | Blood Orange Dreams, Inc. | Corporation | Delaware | United States | 09/08/2021 | 12/27/2022 | Inactive |
| Debtor | Bonfire Solutions, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Non-Debtor | Bonstato GmbH | Private Limited Company | Germany | Germany | 12/18/2020 | -- | Active |
| Non-Debtor | Bonstato Inc. | Corporation | Florida | United States | 12/18/2020 | 07/11/2022 | Inactive |
| Debtor | Bronze Projects, Inc. | Corporation | Delaware | United States | 02/10/2021 | -- | Active |
| Non-Debtor | Brunette Beginnings, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Burning Neon, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Debtor | Burnt Summer Citrus, Inc. | Corporation | Delaware | United States | 02/15/2021 | -- | Active |
| Debtor | Buttercup Creations, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Non-Debtor | Butternut Squash Solutions, Inc. | Corporation | Delaware | United States | 06/01/2021 | 12/27/2022 | Inactive |
| Debtor | Butterscotch Beginnings, Inc. | Corporation | Delaware | United States | 01/20/2021 | -- | Active |
| Debtor | Cafe Casa, Inc. | Corporation | Delaware | United States | 04/27/2018 | -- | Active |
| Debtor | Califia Company | Corporation | Delaware | United States | 08/26/2019 | -- | Active |
| Debtor | California Poppy Projects, Inc. | Corporation | Delaware | United States | 06/22/2020 | -- | Active |
| Debtor | Candlelit Creations, Inc. | Corporation | Delaware | United States | 01/09/2020 | -- | Active |
| Debtor | Cantaloupe Creations Company | Corporation | Delaware | United States | 11/25/2019 | -- | Active |
| Debtor | Caramel Creations, Inc. | Corporation | Delaware | United States | 09/01/2020 | -- | Active |
| Debtor | Carnation Creations, Inc. | Corporation | Delaware | United States | 12/12/2019 | -- | Active |
| Debtor | Carotene Consortium, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Debtor | Carrot Solutions, Inc. | Corporation | Delaware | United States | 01/27/2021 | -- | Active |
| Debtor | Cayenne Solutions, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Non-Debtor | Chai Wonder, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Champagne Projects, Inc. | Corporation | Delaware | United States | 02/03/2021 | -- | Active |
| Debtor | Charope, Inc. | Corporation | Delaware | United States | 05/28/2019 | -- | Active |
| Debtor | Cheddar Creations, Inc. | Corporation | Delaware | United States | 10/01/2021 | -- | Active |
| Debtor | Chestnut Creations, Inc. | Corporation | Delaware | United States | 09/17/2020 | -- | Active |
| Debtor | Chili Clove, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Debtor | Chili Flakes, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Debtor | Chipshot Ltd | Private Limited Company | England & Wales | United Kingdom | 09/08/2021 | -- | Active |
| Non-Debtor | Chrome Yellow Creations, Inc. | Corporation | Delaware | United States | 09/30/2021 | 12/27/2022 | Inactive |
| Debtor | Chrysanthemum Creations, Inc. | Corporation | Delaware | United States | 01/27/2020 | -- | Active |
| Debtor | Cider Creations, Inc. | Corporation | Delaware | United States | 11/25/2019 | -- | Active |
| Debtor | Cinnabar Creations, Inc. | Corporation | Delaware | United States | 12/09/2020 | -- | Active |
| Debtor | Citrine Solutions, Inc. | Corporation | Delaware | United States | 01/29/2020 | -- | Active |
| Debtor | Classy Mango, Inc. | Corporation | Delaware | United States | 10/01/2021 | -- | Active |
| Debtor | Classy Tangerine, Inc. | Corporation | Delaware | United States | 08/30/2021 | -- | Active |
| Non-Debtor | Clay Founding, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Debtor | Clementine Creations, Inc. | Corporation | Delaware | United States | 12/10/2019 | -- | Active |
| Debtor | Clownfish Creations, Inc. | Corporation | Delaware | United States | 01/09/2020 | -- | Active |
| Non-Debtor | Coffee Conclusions, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Comet Creations, Inc. | Corporation | Delaware | United States | 05/11/2020 | -- | Active |
| Debtor | Copperhead Conspiracies, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Coral Chrome, Inc. | Corporation | Delaware | United States | 01/27/2021 | -- | Active |
| Debtor | Corn Snake Surprises, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Non-Debtor | Cosmic Latte, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Crab Creations, Inc. | Corporation | Delaware | United States | 10/12/2021 | 12/27/2022 | Inactive |
| Debtor | Crawfish Creations, Inc. | Corporation | Delaware | United States | 01/24/2020 | -- | Active |
| Non-Debtor | Creamy Cocoa Creations, Inc. | Corporation | Delaware | United States | 01/14/2022 | 12/27/2022 | Inactive |
| Non-Debtor | Cutie Creations, Inc. | Corporation | Delaware | United States | 06/01/2021 | 12/27/2022 | Inactive |
| Debtor | Daffodil Design, Inc. | Corporation | Delaware | United States | 12/27/2019 | -- | Active |
| Debtor | Dahlia Dreams, Inc. | Corporation | Delaware | United States | 03/11/2020 | -- | Active |
| Non-Debtor | Daisy Decisions, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Damaze Pty Ltd. (Checkered Chef) | Private Limited Company | New South Wales | Australia | 12/22/2021 | -- | Active |
| Debtor | Dark Honey Design, Inc. | Corporation | Delaware | United States | 05/29/2020 | -- | Active |
| Debtor | Dark Orange Design, Inc. | Corporation | Delaware | United States | 01/09/2020 | -- | Active |
| Non-Debtor | Dark Tan Designs, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Daybreak Developments, Inc. | Corporation | Delaware | United States | 07/31/2020 | -- | Active |
| Debtor | Daylily Dreams, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Non-Debtor | Digital Training Solutions Ltd | Corporation | Federally Chartered | Canada | 08/17/2018 | 08/01/2023 | Inactive |
| Debtor | Discus Dreams, Inc. | Corporation | Delaware | United States | 11/29/2021 | -- | Active |
| Debtor | DMD Group Inc | Corporation | New Jersey | United States | 05/27/2021 | -- | Active |
| Non-Debtor | Domain Acquisitions 2 Ltd. | Corporation | Nevis | Saint Kitts And Nevis | 05/18/2021 | -- | Active |
| Debtor | Dots for Spots Ltd | Private Limited Company | England & Wales | United Kingdom | 12/18/2020 | -- | Active |
| Non-Debtor | Dreaming Oranges, Inc. | Corporation | Delaware | United States | 10/01/2021 | 12/27/2022 | Inactive |
| Debtor | E & I Trading Ltd | Private Limited Company | England & Wales | United Kingdom | 12/23/2020 | -- | Active |
| Debtor | E&L Enterprises Limited | Private Limited Company | England & Wales | United Kingdom | 12/23/2020 | -- | Active |
| Debtor | eCom Heights LLC | Limited Liability Company | Delaware | United States | 11/22/2021 | -- | Active |
| Debtor | Emberglow Ideas, Inc. | Corporation | Delaware | United States | 04/07/2020 | -- | Active |
| Debtor | Eurypyle, Inc. | Corporation | Delaware | United States | 12/08/2020 | -- | Active |
| Debtor | Faint Orange Horizon, Inc. | Corporation | Delaware | United States | 09/08/2021 | -- | Active |
| Debtor | Fall Foundations, Inc. | Corporation | Delaware | United States | 10/27/2020 | -- | Active |
| Non-Debtor | Fanta Flowers, Inc. | Corporation | Delaware | United States | 08/30/2021 | 12/27/2022 | Inactive |
| Debtor | Fawn Foundations, Inc. | Corporation | Delaware | United States | 10/08/2020 | -- | Active |
| Non-Debtor | Finding Orange, Inc. | Corporation | Delaware | United States | 09/30/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Flax Fixations, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Foxy Creations, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Non-Debtor | Frosty Developments, Inc. | Corporation | Delaware | United States | 11/03/2021 | 12/27/2022 | Inactive |
| Debtor | Frosty Dream, Inc. | Corporation | Delaware | United States | 11/29/2021 | -- | Active |
| Non-Debtor | Fulvous Formations, Inc. | Corporation | Delaware | United States | 01/28/2021 | 12/27/2022 | Inactive |
| Debtor | Fyer Tropics, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Debtor | Ginger Cat Creations, Inc. | Corporation | Delaware | United States | 03/18/2021 | -- | Active |
| Debtor | Ginger Creations, Inc. | Corporation | Delaware | United States | 02/24/2021 | -- | Active |
| Debtor | Gingersnap Solutions, Inc. | Corporation | Delaware | United States | 07/28/2020 | -- | Active |
| Debtor | Golden Gate Solutions, Inc. | Corporation | Delaware | United States | 09/08/2021 | -- | Active |
| Debtor | Golden Kiwifruit Enterprises, Inc. | Corporation | Delaware | United States | 08/09/2021 | -- | Active |
| Debtor | Goldfish Memories, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Non-Debtor | Grapefruit Gusto, Inc. | Corporation | Delaware | United States | 08/09/2021 | 12/27/2022 | Inactive |
| Debtor | Green Cricket Ltd | Private Limited Company | England & Wales | United Kingdom | 09/08/2021 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Habanero Pepper Projects, Inc. | Corporation | Delaware | United States | 01/28/2020 | -- | Active |
| Debtor | Harley Orange, Inc. | Corporation | Delaware | United States | 04/09/2021 | -- | Active |
| Debtor | Harvest Charm, Inc. | Corporation | Delaware | United States | 08/09/2021 | -- | Active |
| Non-Debtor | Hazel Wood Wonders, Inc. | Corporation | Delaware | United States | 01/14/2022 | 12/27/2022 | Inactive |
| Debtor | HIC-Cork Thrasio One Inc. | Corporation | Delaware | United States | 11/21/2018 | -- | Active |
| Debtor | Hippolyte, Ltd. | Corporation | Delaware | United States | 02/14/2019 | -- | Active |
| Debtor | Honey Sunset, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Debtor | Ideal Monarch, Inc. | Corporation | Delaware | United States | 12/10/2019 | -- | Active |
| Debtor | Ideastream Consumer Products, LLC | Limited Liability Company | Delaware | United States | 09/20/2021 | -- | Active |
| Debtor | Influencer Ideas, Inc. | Corporation | Delaware | United States | 12/02/2020 | -- | Active |
| Non-Debtor | IST Digital LImited INC | Corporation | Philippines | Philippines | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | iStack Conferences Limited | Private Company | Hong Kong | Hong Kong | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | iStack Holdings Limited | Private Company | Hong Kong | Hong Kong | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | IStack Parent Holdings | Corporation | Cayman | Cayman Islands | 07/30/2021 | -- | Active |
| Non-Debtor | iStack Ventures Holdings Limited | Private Company | Hong Kong | Hong Kong | 11/03/2021 | 08/01/2023 | Inactive |
| Debtor | Ivory Ideas, Inc. | Corporation | Delaware | United States | 06/22/2020 | -- | Active |
| Debtor | Jasper Gesture, Inc. | Corporation | Delaware | United States | 11/04/2020 | -- | Active |
| Debtor | Jiminy Ltd | Private Limited Company | England & Wales | United Kingdom | 09/08/2021 | -- | Active |
| Debtor | Joss Solutions 2016 Limited | Private Limited Company | England & Wales | United Kingdom | 01/05/2021 | -- | Active |
| Non-Debtor | JSCC Asset 001 | Corporation | Japan | Japan | 07/21/2021 | -- | Active |
| Non-Debtor | JSCC GK | Corporation | Japan | Japan | 07/19/2021 | 03/13/2023 | Inactive |
| Non-Debtor | JSCC GK Asset 02 | Corporation | Japan | Japan | 07/19/2021 | 03/13/2023 | Inactive |
| Debtor | Jupiter Gesture, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Non-Debtor | Khaki Collision, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Debtor | Khaki Trips, Inc. | Corporation | Delaware | United States | 11/03/2021 | -- | Active |
| Debtor | KingFisher Creations Inc. | Corporation | Delaware | United States | 08/26/2020 | -- | Active |
| Non-Debtor | Kingsnake Camarilla, Inc. | Corporation | Delaware | United States | 07/16/2021 | 12/27/2022 | Inactive |
| Debtor | Kitchen Tools Ltd | Private Limited Company | England & Wales | United Kingdom | 01/08/2021 | -- | Active |
| Debtor | Koi Creations, Inc. | Corporation | Delaware | United States | 08/26/2020 | -- | Active |
| Debtor | Lace Decisions, Inc. | Corporation | Delaware | United States | 11/29/2021 | -- | Active |
| Debtor | Laranja Logistics, Inc. | Corporation | Delaware | United States | 02/10/2020 | -- | Active |
| Debtor | Latte Logistics, Inc. | Corporation | Delaware | United States | 05/07/2021 | -- | Active |
| Non-Debtor | Latte Operations, Inc. | Corporation | Delaware | United States | 10/27/2021 | 12/27/2022 | Inactive |
| Debtor | Leather Logistics, Inc. | Corporation | Delaware | United States | 05/07/2021 | -- | Active |
| Debtor | Lemon Logistics, Inc. | Corporation | Delaware | United States | 11/19/2020 | -- | Active |
| Debtor | Lemur Logistics, Inc. | Corporation | Delaware | United States | 07/07/2020 | -- | Active |
| Debtor | Levita Holdings, LLC | Limited Liability Company | Massachusetts | United States | 06/08/2021 | -- | Active |
| Non-Debtor | Liebfeld GmbH | Limited Liability Company | Germany | Germany | 01/21/2021 | 10/02/2023 | Inactive |
| Non-Debtor | Lifelong Online International LLC | Limited Liability Company | United Arab Emirates | United Arab Emirates | 01/13/2022 | 03/31/2023 | Inactive |
| Non-Debtor | Lifelong Online Retail Private Limited | Private Limited Company | Dehli | India | 01/13/2022 | 03/31/2023 | Inactive |
| Non-Debtor | Light Fawn Foundation, Inc. | Corporation | Delaware | United States | 11/03/2021 | 12/27/2022 | Inactive |
| Debtor | Lionfish Logistics, Inc. | Corporation | Delaware | United States | 02/25/2020 | -- | Active |
| Debtor | Lobster Logistics, Inc. | Corporation | Delaware | United States | 02/25/2020 | -- | Active |
| Debtor | Magenta Peel Solutions, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Debtor | Mahogany Movements Inc. | Corporation | Delaware | United States | 09/14/2020 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Malt Decisions, Inc. | Corporation | Delaware | United States | 10/27/2021 | -- | Active |
| Debtor | Mango Movements, Inc. | Corporation | Delaware | United States | 04/07/2020 | -- | Active |
| Debtor | Mango Wonder, Inc. | Corporation | Delaware | United States | 08/30/2021 | -- | Active |
| Debtor | Maple Movements, Inc. | Corporation | Delaware | United States | 09/23/2020 | -- | Active |
| Debtor | Marigold Creations, Inc. | Corporation | Delaware | United States | 10/30/2019 | -- | Active |
| Debtor | Marmalade Mansions, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Debtor | Marmalade Movements, Inc. | Corporation | Delaware | United States | 11/04/2020 | -- | Active |
| Debtor | Marpesia, Co. | Corporation | Delaware | United States | 01/31/2019 | -- | Active |
| Debtor | Mars Makers, Inc. | Corporation | Delaware | United States | 05/03/2021 | -- | Active |
| Debtor | Mauve Monkey, Inc. | Corporation | Delaware | United States | 12/14/2020 | -- | Active |
| Debtor | Melanippe, Inc. | Corporation | Delaware | United States | 11/25/2020 | -- | Active |
| Non-Debtor | Mellow Melon, Inc. | Corporation | Delaware | United States | 08/09/2021 | 12/27/2022 | Inactive |
| Debtor | Melon Movements, Inc. | Corporation | Delaware | United States | 04/20/2020 | -- | Active |
| Debtor | Meteor Movements, Inc. | Corporation | Delaware | United States | 11/09/2020 | -- | Active |
| Debtor | Mimosa Movements, Inc. | Corporation | Delaware | United States | 03/11/2020 | -- | Active |
| Debtor | Modetro Retail Limited | Private Limited Company | England & Wales | United Kingdom | 01/21/2021 | -- | Active |
| Non-Debtor | Moth Gray, Inc. | Corporation | Delaware | United States | 10/27/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Navy Monkey, Inc. | Corporation | Delaware | United States | 12/11/2020 | 12/27/2022 | Inactive |
| Non-Debtor | Nectarine North, Inc. | Corporation | Delaware | United States | 08/09/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Oat Oasis, Inc. | Corporation | Delaware | United States | 01/14/2022 | 12/27/2022 | Inactive |
| Non-Debtor | Oats and Ideas, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Debtor | Ochre Organization, Inc. | Corporation | Delaware | United States | 07/07/2020 | -- | Active |
| Debtor | Old Rust Organization, Inc. | Corporation | Delaware | United States | 09/03/2020 | -- | Active |
| Debtor | Orange Crush Organization, Inc. | Corporation | Delaware | United States | 05/29/2020 | -- | Active |
| Debtor | Orange Fantasy, Inc. | Corporation | Delaware | United States | 08/30/2021 | -- | Active |
| Debtor | Orange Hope, Inc. | Corporation | Delaware | United States | 04/09/2021 | -- | Active |
| Debtor | Orange Margarita, Inc. | Corporation | Delaware | United States | 05/03/2021 | -- | Active |
| Debtor | Orange Organization, Inc. | Corporation | Delaware | United States | 01/10/2020 | -- | Active |
| Debtor | Orange Peach Projects, Inc. | Corporation | Delaware | United States | 03/04/2021 | -- | Active |
| Debtor | Orange Peel Projects, Inc. | Corporation | Delaware | United States | 03/20/2020 | -- | Active |
| Non-Debtor | Orange Tie Dye, Inc. | Corporation | Delaware | United States | 06/01/2021 | 12/27/2022 | Inactive |
| Debtor | Orange Umbrella Creations, Inc. | Corporation | Delaware | United States | 03/18/2021 | -- | Active |
| Debtor | Orangutan Organization, Inc. | Corporation | Delaware | United States | 03/20/2020 | -- | Active |
| Debtor | Oranssi Organization, Inc. | Corporation | Delaware | United States | 02/10/2020 | -- | Active |
| Debtor | Orythia, Inc. | Corporation | Delaware | United States | 03/06/2019 | -- | Active |
| Debtor | Oyster Oasis, Inc. | Corporation | Delaware | United States | 10/27/2021 | -- | Active |
| Non-Debtor | Pancake Ideas, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Pantariste, Inc. | Corporation | Delaware | United States | 03/24/2021 | -- | Active |
| Debtor | Pantone Projects, Inc. | Corporation | Delaware | United States | 12/11/2020 | -- | Active |
| Debtor | Papaya Projects, Inc. | Corporation | Delaware | United States | 11/13/2019 | -- | Active |
| Non-Debtor | Parchment Advances, Inc. | Corporation | Delaware | United States | 10/27/2021 | 12/27/2022 | Inactive |
| Debtor | Parchment Principles, Inc. | Corporation | Delaware | United States | 11/29/2021 | -- | Active |
| Non-Debtor | Peach Mimosa, Inc. | Corporation | Delaware | United States | 06/01/2021 | 12/27/2022 | Inactive |
| Debtor | Peach Projects, Inc. | Corporation | Delaware | United States | 11/08/2019 | -- | Active |
| Debtor | Peanut Projects, Inc. | Corporation | Delaware | United States | 12/22/2021 | -- | Active |
| Debtor | Pearoller Ltd | Private Limited Company | England & Wales | United Kingdom | 09/08/2021 | -- | Active |
| Debtor | Penny Rose Solutions, Inc. | Corporation | Delaware | United States | 05/03/2021 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Pennycopper Trading, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Debtor | Penthe Company | Corporation | Delaware | United States | 05/30/2019 | -- | Active |
| Debtor | Persian Projects, Inc. | Corporation | Delaware | United States | 11/13/2020 | -- | Active |
| Debtor | Persimmon Projects, Inc. | Corporation | Delaware | United States | 12/01/2020 | -- | Active |
| Debtor | Pizza Projects, Inc. | Corporation | Delaware | United States | 05/03/2021 | -- | Active |
| Debtor | Poppy Projects, Inc. | Corporation | Delaware | United States | 12/10/2019 | -- | Active |
| Debtor | Portocale Projects, Inc. | Corporation | Delaware | United States | 02/10/2020 | -- | Active |
| Debtor | Primrose Projects, Inc. | Corporation | Delaware | United States | 11/02/2020 | -- | Active |
| Debtor | Pro Grade Products Ltd | Private Limited Company | England & Wales | United Kingdom | 01/27/2021 | -- | Active |
| Debtor | Prothoe Limited | Private Limited Company | England & Wales | United Kingdom | 06/28/2019 | -- | Active |
| Debtor | Pure Chimp Ltd | Private Limited Company | England & Wales | United Kingdom | 10/01/2021 | -- | Active |
| Non-Debtor | Purovi Products GMBH | Limited Liability Company | Germany | Germany | 02/08/2021 | 10/02/2023 | Inactive |
| Debtor | Radiant Orange, Inc. | Corporation | Delaware | United States | 01/28/2021 | -- | Active |
| Non-Debtor | Red Fox Projects, Inc. | Corporation | Delaware | United States | 03/18/2021 | 12/27/2022 | Inactive |
| Debtor | Rissav Limited | Private Limited Company | England & Wales | United Kingdom | 02/08/2021 | -- | Active |
| Debtor | Rose Bud Creations, Inc. | Corporation | Delaware | United States | 04/21/2021 | -- | Active |
| Debtor | Rosewood Wish, Inc. | Corporation | Delaware | United States | 05/03/2021 | -- | Active |
| Debtor | SafeRest Holdings, LLC | Limited Liability Company | Florida | United States | 06/08/2021 | -- | Active |
| Debtor | Salmon Solutions, Inc. | Corporation | Delaware | United States | 11/08/2019 | -- | Active |
| Non-Debtor | Sand Dollar Solutions, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Debtor | Sandcastle Days, Inc. | Corporation | Delaware | United States | 10/15/2021 | -- | Active |
| Debtor | Sandpaper Solutions, Inc. | Corporation | Delaware | United States | 04/20/2020 | -- | Active |
| Debtor | Sandsnake Ventures, Inc. | Corporation | Delaware | United States | 07/16/2021 | -- | Active |
| Debtor | Sandstorm Solutions, Inc. | Corporation | Delaware | United States | 12/12/2019 | -- | Active |
| Debtor | Sandy Leaf Farm, Ltd. | Corporation | England & Wales | United Kingdom | 02/12/2021 | -- | Active |
| Debtor | Sapphire Monkey, Inc. | Corporation | Delaware | United States | 12/11/2020 | -- | Active |
| Debtor | Sasana Group Limited | Corporation | England & Wales | United Kingdom | 02/24/2021 | -- | Active |
| Non-Debtor | Savannah Solutions, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Debtor | Scarlet Solutions, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Non-Debtor | Schwarzwald Spirit GmbH | Private Limited Company | Germany | Germany | 03/05/2021 | 10/02/2023 | Inactive |
| Debtor | Scotch Solutions, Inc. | Corporation | Delaware | United States | 01/27/2020 | -- | Active |
| Debtor | Scouse Ltd | Private Limited Company | England & Wales | United Kingdom | 09/08/2021 | -- | Active |
| Debtor | Seashell Solutions, Inc. | Corporation | Delaware | United States | 06/01/2021 | -- | Active |
| Non-Debtor | Sepia Operations, Inc. | Corporation | Delaware | United States | 11/03/2021 | 12/27/2022 | Inactive |
| Debtor | Sherbert Solutions, Inc. | Corporation | Delaware | United States | 06/22/2020 | -- | Active |
| Debtor | Shortbread Solutions, Inc. | Corporation | Delaware | United States | 10/20/2020 | -- | Active |
| Debtor | Siberian Tiger Solutions, Inc. | Corporation | Delaware | United States | 01/24/2020 | -- | Active |
| Debtor | Sockeye Strategies, Inc. | Corporation | Delaware | United States | 07/02/2021 | -- | Active |
| Debtor | Soft Spice, Inc. | Corporation | Delaware | United States | 08/09/2021 | -- | Active |
| Debtor | Spicy Solutions, Inc. | Corporation | Delaware | United States | 03/25/2020 | -- | Active |
| Debtor | Starfish Solutions, Inc. | Corporation | Delaware | United States | 04/20/2020 | -- | Active |
| Debtor | Strawflower Solutions, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Non-Debtor | Sugar Cookie Creations, Inc. | Corporation | Delaware | United States | 01/14/2022 | 12/27/2022 | Inactive |
| Non-Debtor | Sunbaked Delights, Inc. | Corporation | Delaware | United States | 09/08/2021 | 12/27/2022 | Inactive |
| Debtor | Sundaze Blaze Solutions, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Debtor | Sunflare Solutions, Inc. | Corporation | Delaware | United States | 02/11/2020 | -- | Active |
| Debtor | Sunflower Saturnalia, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Sunkiss Solutions, Inc. | Corporation | Delaware | United States | 12/02/2019 | -- | Active |
| Debtor | Sunny Operations, Inc. | Corporation | Delaware | United States | 01/25/2021 | -- | Active |
| Debtor | Sunrise Martinis, Inc. | Corporation | Delaware | United States | 03/18/2021 | -- | Active |
| Debtor | Sunrise Season, Inc. | Corporation | Delaware | United States | 04/09/2021 | -- | Active |
| Non-Debtor | Sunset Solutions, Inc. | Corporation | Delaware | United States | 09/28/2020 | 12/27/2022 | Inactive |
| Debtor | Sweet Nectar Enterprises, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Debtor | Sweet Potato Solutions, Inc. | Corporation | Delaware | United States | 02/10/2020 | -- | Active |
| Non-Debtor | Tahiti Gold Operations, Inc. | Corporation | Delaware | United States | 09/30/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Tan Bear Developments, Inc. | Corporation | Delaware | United States | 11/29/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Tan Tendencies, Inc. | Corporation | Delaware | United States | 11/03/2021 | 12/27/2022 | Inactive |
| Debtor | Tangelo Tendencies, Inc. | Corporation | Delaware | United States | 11/16/2020 | -- | Active |
| Debtor | Tangerine Ideas, Inc. | Corporation | Delaware | United States | 11/04/2019 | -- | Active |
| Non-Debtor | Tangerine Taste, Inc. | Corporation | Delaware | United States | 09/30/2021 | 12/27/2022 | Inactive |
| Debtor | Tawny Tasks, Inc. | Corporation | Delaware | United States | 11/18/2020 | -- | Active |
| Debtor | Tea Rose Risings, Inc. | Corporation | Delaware | United States | 01/13/2021 | -- | Active |
| Debtor | Teal Monkey, Inc. | Corporation | Delaware | United States | 12/11/2020 | -- | Active |
| Non-Debtor | The NutriLock Company Pty Ltd | Corporation | Sydney | Australia | 12/29/2021 | -- | Active |
| Non-Debtor | Thras.Io, Inc. | Corporation | Delaware | United States | 04/27/2018 | Converted to Thrasio, LLC on 12/17/2020 | Inactive |
| Debtor | Thrasio Australia Holdings Pty Ltd | Private Limited Company | New South Wales | Australia | 05/27/2021 | -- | Active |
| Non-Debtor | Thrasio Australia Import Pty Ltd | Other | New South Wales | Australia | 05/27/2021 | -- | Active |
| Non-Debtor | Thrasio Bermuda Holdings Limited | Limited Liability Company | Bermuda | Bermuda | 05/25/2021 | -- | Active |
| Non-Debtor | Thrasio Deutschland Holdings Gmbh | Limited Liability Company | Germany | Germany | 12/21/2021 | -- | Active |
| Non-Debtor | Thrasio Deutschland Services Gmbh | Limited Liability Company | Germany | Germany | 12/21/2021 | -- | Active |
| Non-Debtor | Thrasio Dutch Holdings BV | Corporation | Amsterdam | Netherlands | 08/30/2021 | 09/13/2023 | Inactive |
| Non-Debtor | Thrasio E-Commerce (Shanghai) Co., Ltd. | Private Limited Company | Shanghai | China | 01/21/2022 | -- | Active |
| Non-Debtor | Thrasio Global Cross-border E-Commerce (Shenzhen) Co. Ltd. | Corporation | Shenzen | China | 12/01/2021 | -- | Active |
| Non-Debtor | Thrasio godo kaisha (Thrasio GK) | Limited Liability Company | Japan | Japan | 03/16/2021 | -- | Active |
| Non-Debtor | Thrasio Holdings Hong Kong, Ltd. | Corporation | Hong Kong | Hong Kong | 07/05/2021 | -- | Active |
| Debtor | Thrasio Holdings, Inc. | Corporation | Delaware | United States | 12/15/2020 | -- | Active |
| Non-Debtor | Thrasio India Holdings, Inc. | Corporation | Delaware | United States | 08/06/2021 | -- | Active |
| Non-Debtor | Thrasio India Private Limited | Private Limited Company | Dehli | India | 03/12/2024 | -- | Active |
| Debtor | Thrasio Intermediate Sub, LLC | Limited Liability Company | Delaware | United States | 12/15/2020 | -- | Active |
| Non-Debtor | Thrasio International Co. Limited | Private Limited Company | Valletta | Malta | 10/13/2021 | -- | Active |
| Non-Debtor | Thrasio International Holdings, Inc. | Corporation | Delaware | United States | 03/30/2021 | -- | Active |
| Non-Debtor | Thrasio LL Acquisitions, Inc. | Corporation | Delaware | United States | 08/06/2021 | -- | Active |
| Non-Debtor | Thrasio Malta Holdings Co. Limited | Holding Company | Valletta | Malta | 08/17/2021 | -- | Active |
| Non-Debtor | Thrasio NL1 B.V. | Corporation | Amsterdam | Netherlands | 08/30/2021 | 09/07/2023 | Inactive |
| Debtor | Thrasio Services, LLC | Limited Liability Company | Delaware | United States | 07/26/2021 | -- | Active |
| Non-Debtor | Thrasio Supply Chain (Suzhou) Co. Ltd. | Corporation | Suzhou | China | 10/20/2021 | -- | Active |
| Non-Debtor | Thrasio Talent Holdings, Inc. | Corporation | Delaware | United States | 06/01/2021 | 03/23/2023 | Inactive |

| Debtor/Non-Debtor | Entity Name | Entity Type | Domestic Jurisdiction | Country | Formation or Aquisition Date | Disposition or Dissolution Date | Status |
|---|---|---|---|---|---|---|---|
| Debtor | Thrasio UK Holdings, Ltd | Private Limited Company | England & Wales | United Kingdom | 08/07/2018 | -- | Active |
| Non-Debtor | Thrasio Ventures N1, LLC | Limited Liability Company | Delaware | United States | 05/17/2021 | -- | Active |
| Non-Debtor | Thrasio Ventures Q1, LLC | Limited Liability Company | Delaware | United States | 05/17/2021 | -- | Active |
| Non-Debtor | Thrasio Ventures, Inc. | Corporation | Delaware | United States | 05/07/2021 | -- | Active |
| Debtor | Thrasio, LLC | Limited Liability Company | Delaware | United States | Converted fromThrasio, Inc. on 12/17/2020 | -- | Active |
| Debtor | Tiger Affirmations, Inc. | Corporation | Delaware | United States | 10/01/2021 | -- | Active |
| Debtor | Tiger Stripe Creations, Inc. | Corporation | Delaware | United States | 04/21/2021 | -- | Active |
| Debtor | Tomato Tasks, Inc. | Corporation | Delaware | United States | 12/14/2020 | -- | Active |
| Debtor | Topaz Traditions, Inc. | Corporation | Delaware | United States | 06/01/2021 | -- | Active |
| Debtor | Tortilla Tasks, Inc. | Corporation | Delaware | United States | 04/09/2021 | -- | Active |
| Debtor | Toxaris Limited | Private Limited Company | England & Wales | United Kingdom | 05/29/2019 | -- | Active |
| Debtor | Traffic Cone Tuesdays, Inc. | Corporation | Delaware | United States | 06/25/2021 | -- | Active |
| Debtor | Truverge International Ltd | Private Limited Company | England & Wales | United Kingdom | 03/12/2021 | -- | Active |
| Debtor | Turmeric Transitions, Inc. | Corporation | Delaware | United States | 01/06/2021 | -- | Active |
| Non-Debtor | Vanilla Developments, Inc. | Corporation | Delaware | United States | 10/27/2021 | 12/27/2022 | Inactive |
| Non-Debtor | VCEGH (HK) Limited | Private Company | Hong Kong | Hong Kong | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | VCEGH Limited | Limited Liability Company | United Arab Emirates | United Arab Emirates | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | VCEGH Limited LLC | Limited Liability Company | Delaware | United States | 11/03/2021 | 08/01/2023 | Inactive |
| Non-Debtor | Vettler Distribution GMBH & Co KG | Limited Liability Company | Germany | Germany | 03/17/2021 | 10/02/2023 | Inactive |
| Non-Debtor | Vettler Industries Verwaltungs GmbH | Private Limited Company | Germany | Germany | 03/17/2021 | 10/05/2023 | Inactive |
| Non-Debtor | Wallaby42 Pty Ltd | Proprietary company; Limited by shares | New South Wales | Australia | 01/19/2022 | -- | Active |
| Non-Debtor | Walnut Wonders, Inc. | Corporation | Delaware | United States | 12/22/2021 | 12/27/2022 | Inactive |
| Non-Debtor | Walrus Wonders, Inc. | Corporation | Delaware | United States | 01/14/2022 | 12/27/2022 | Inactive |
| Debtor | Warm Red Wonders, Inc. | Corporation | Delaware | United States | 09/30/2021 | -- | Active |
| Non-Debtor | Wheat Ideas, Inc. | Corporation | Delaware | United States | 05/03/2021 | 12/27/2022 | Inactive |
| Debtor | William Evans Retail Ltd | Private Limited Company | England & Wales | United Kingdom | 03/18/2021 | -- | Active |
| Non-Debtor | Zabba Amphibians, Inc. | Corporation | Delaware | United States | 04/17/2020 | 12/27/2022 | Inactive |
| Debtor | Zabba, Inc. | Corporation | Delaware | United States | 12/14/2020 | -- | Active |
| Non-Debtor | Zinnia Ventures, Inc. | Corporation | Delaware | United States | 06/25/2021 | 12/27/2022 | Inactive |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|---|---|---|
| 28.1 ANTHONY HORTON<br>ADDRESS ON FILE | DIRECTOR | |
| 28.2 ARCHANA SINGH<br>ADDRESS ON FILE | CHIEF PEOPLE OFFICER | |
| 28.3 BRANDON HENDRIX<br>ADDRESS ON FILE | SENIOR VICE PRESIDENT OF MARKETING & CREATIVE | |
| 28.4 CARLOS CASHMAN<br>ADDRESS ON FILE | DIRECTOR | |
| 28.5 GREG GREELEY<br>ADDRESS ON FILE | CHIEF EXECUTIVE OFFICER & DIRECTOR (CHAIRMAN) | |
| 28.6 JASON FINGER<br>ADDRESS ON FILE | DIRECTOR | |
| 28.7 JAY COPPOLETTA<br>ADDRESS ON FILE | DIRECTOR | |
| 28.8 JEFFERSON CASE<br>ADDRESS ON FILE | DIRECTOR | |
| 28.9 JOSH BURKE<br>ADDRESS ON FILE | CHIEF FINANCIAL OFFICER | |
| 28.10 KUNAL THAKKAR<br>ADDRESS ON FILE | CHIEF SUPPLY OFFICER | |
| 28.11 MICHAEL FAHEY<br>ADDRESS ON FILE | GENERAL COUNSEL | |
| 28.12 PAWAN UPPULURI<br>ADDRESS ON FILE | CHIEF TECHNOLOGY OFFICER | |
| 28.13 SCOTT HUTCHINS<br>ADDRESS ON FILE | DIRECTOR | |
| 28.14 STEFAN SELIG<br>ADDRESS ON FILE | DIRECTOR | |
| 28.15 STEPHANIE FOX<br>ADDRESS ON FILE | CHIEF OPERATING OFFICER | |
| 28.16 STEPHEN EVANS<br>ADDRESS ON FILE | DIRECTOR | |
| 28.17 STEVE NEE<br>ADDRESS ON FILE | SENIOR VICE PRESIDENT OF FINANCE | |
| 28.18 STEVEN SHURE<br>ADDRESS ON FILE | PRESIDENT & CHIEF COMMERCIAL OFFICER | |
| 28.19 THRASIO HOLDINGS, INC.<br>85 WEST STREET FLOOR 3 WALPOLE, MA 02081,<br>UNITED STATES | SHAREHOLDER | 100.00% |
| 28.20 TOM SZKUTAK<br>ADDRESS ON FILE | DIRECTOR | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name and Address | Positition and Nature of Interest | Period During Which Position Was Held |
|---|---|---|
| 29.1  BRIAN COOPER  ADDRESS ON FILE | FORMER CHIEF FINANCIAL OFFICER | 02/28/2023  -  03/21/2023 |
| 29.2  DANNY BOOCKVAR  ADDRESS ON FILE | FORMER PRESIDENT, MERGERS & ACQUISITIONS AND NEW VENTURES | 02/28/2023  -  10/31/2023 |
| 29.3  DAVID MUSSAFER  ADDRESS ON FILE | FORMER DIRECTOR | 02/28/2023  -  02/14/2024 |
| 29.4  TODD ZIPPER  ADDRESS ON FILE | FORMER DIRECTOR | 02/28/2023  -  08/29/2023 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**30. Payments, Distributions, or Withdrawals Credited or Given to Insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

| Name and Address of Recipient and Relationship to Debtor | Amount | Amount Description | Dates | Reason for Providing the Value |
|---|---|---|---|---|
| 30.1   REFER TO SOFA QUESTION 4 | - | | | |
| **TOTAL REFER TO SOFA QUESTION 4** | **$0** | | | |
| **TOTAL** | **$0** | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
| --- | --- |
| 31.1   THRASIO HOLDINGS, INC. | 86-1968327 |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ None

| Name of Pension Fund | Employer Identification Number of the Pension Fund |
|---|---|
| 32.1   NONE | |

| Part 14: | Signature and Declaration |
|----------|---------------------------|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:**    4/1/2024

**Signature:**    /s/ Josh Burke                          Josh Burke, Chief Financial Officer
                                                          **Name and Title**

Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

☑ No
☐ Yes